IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PAUL BRUNER,<br><br>　　Plaintiff,<br><br>vs.<br><br>PILOT TRAVEL CENTERS LLC dba<br>PILOT TRAVEL CENTER;<br>JANET MEEK; GRANET RAIN, LLC;<br>and PTCAA TEXAS, L.P.<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:22-cv-00257-DAE |

### ORDER ON DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

On this day came on to be heard Defendants' Motion for Entry of Judgment (the "Motion"). The Court, having considered the Motion, and the arguments of counsel, if any, is of the opinion that the Motion should be in all things **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Entry of Judgment is **GRANTED**.

The Clerk of Court is directed to **ENTER JUDGMENT** and **CLOSE THE CASE**.

**DATED:** Austin, Texas, June 5, 2025.

_____
David Alan Ezra
Senior United States District Judge