AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas (Austin)

| | |
|---|---|
| Paul Bruner <br> *Plaintiff* <br> v. <br> Pilot Travel Centers LLC d/b/a Pilot Travel Center; PTCAA Texas L.P. <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 1:22-cv-00257-DAE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** that Defendants' Motion for Entry of Judgment is GRANTED, dated 06/05/2025.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Garza on a motion for Entry of Judgment.

Date: 06/05/2025

**Philip J. Devlin**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*